JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Heather Whitlock*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER WHITLOCK, an individual, | Case No.: 2:25-cv-00734-GMN-EJY |
| Plaintiff, | **STIPULATION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND** |
| v. | |
| PANASONIC ENERGY CORPORATION OF NORTH AMERICA, a Delaware Corporation; PANASONIC CORPORATION OF NORTH AMERICA, a New Jersey Corporation, | |
| Defendants. | |

Plaintiff HEATHER WHITLOCK and Defendants PANASONIC CORPORATION OF NORTH AMERICA and PANASONIC ENERGY CORPORATION OF NORTH AMERICA, by and through their respective counsel of record, hereby stipulate as follows:

1.      On representation by counsel for Defendant Panasonic Corporation of North America ("PNA") that Plaintiff was employed by PNA's division company, Panasonic Energy of North America ("PENA"), the parties agree that Plaintiff will amend the complaint to remove Defendant "Panasonic Energy Corporation of North America"; and relabel to "Panasonic

-1-

1  Corporation of North America" to include "dba Panasonic Energy of North America."

2      2.     The Parties agree and acknowledge that the renaming or removing of the entities

3  "Panasonic Corporation of North America" and "Panasonic Energy Corporation of North America",

4  respectively, shall not be used, now or in the future, as a basis to challenge the employment

5  relationship between Plaintiff and Defendant PNA dba PENA for any claims in this case or to avoid

6  liability for any judgment, if any.

7      3.     The parties further stipulate and agree that Defendant Panasonic Corporation of

8  North America shall have twenty-one (21) days to respond to the Complaint.

9      4.     Nothing in this stipulation shall be construed as a waiver of any defenses except those

10  specifically related to the proper naming of the defendant entity.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-2-

STIPULATION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND

4904-5357-6525.v1

5.    This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED**

DATED June 17, 2025
GREENBERG GROSS LLP                        PARSONS BEHLE & LATIMER

*/s/ Michael A. Burnette*_____By:    */s/ Sarah Ferguson*_____
JEMMA E. DUNN                              SARAH FERGUSON
Nevada Bar No. 16891                       Nevada State Bar No. 14515
MATTHEW T. HALE                           50 W. Liberty St., Suite 750
Nevada Bar No. 16880                       Reno, NV 89501
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135


                                          *Attorneys for Defendants*
                                          *Panasonic Corporation of North America &*
*Attorneys for Plaintiff*                 *Panasonic Energy Corporation of North America*
*Heather Whitlock*


                                          **ORDER**

                                          IT IS SO ORDERED:


                                          UNITED STATES MAGISTRATE JUDGE


                                          DATED: June 17, 2025